(No. 75-CC-626— )

C. C. HOESZLE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 26, 1975.*

C. C. HOESZLE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-876— )

ROBERT HALL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 26, 1975.*

ROBERT HALL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.